Midland Steel and Equipment Company, Appellee, v. Douglas Auto Parts Company, Inc., Appellant.

Gen. No. 41,715.

Heard in third division, first district, this court at June term, 1941; opinion filed May 27, 1942; rehearing denied June 24, 1942. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, Julian H.

Levi and William Ruger, of counsel; Wilfred M. Doherty and Defrees, Buckingham, Fiske & O'Brien, for appellee; John Merrill Baker, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."